IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDRE OWENS, | § | |
| | § | |
| Defendant Below, | § | No. 364, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0201010358 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 29, 2016
Decided: August 9, 2016

## ORDER

This 9th day of August 2016, it appears to the Court that, on July 14, 2016, the Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to notice his notice of appeal in a timely manner under Supreme Court Rule 6. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice